IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

DENNIS R. DERX
ADC #162003                                                                                    PLAINTIFF

v.                           No. 2:18-cv-138-DPM-JJV

D. YANCEY, Chaplain, East Arkansas
Regional Maximum Unit, ADC;
A. PARHAM, Chaplain, East Arkansas
Regional Maximum Unit, ADC; and
McKENNY, Chaplain, East Arkansas
Regional Maximum Unit, ADC                                                        DEFENDANTS

ORDER

Unopposed partial recommendation, № 9, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Derx may proceed with his First Amendment and RLUIPA claims. His Eighth and Fourteenth Amendment claims are dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

10 December 2018