# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

DENNIS R. DERX
ADC #162003                                                    PLAINTIFF

v.                          No. 2:18-cv-138-DPM

ALVIN D. YANCEY, Chaplain, East
Arkansas Regional Maximum Unit,
ADC; ARLEN PARHAM, Chaplain,
East Arkansas Regional Maximum Unit,
ADC; and ALBERT McKINNEY, Chaplain,
East Arkansas Regional Maximum Unit, ADC        DEFENDANTS

## ORDER

Unopposed recommendation, № 55, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Defendants' motion for judgment on the pleadings, № 48, is granted. Derx's First Amendment and RLUIPA claims will be dismissed with prejudice.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

9 December 2019