IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

DENNIS R. DERX
ADC #162003                                                                PLAINTIFF

v.                              No. 2:18-cv-138-DPM

ALVIN D. YANCEY, Chaplain, East
Arkansas Regional Maximum Unit,
ADC; ARLEN PARHAM, Chaplain,
East Arkansas Regional Maximum Unit,
ADC; and ALBERT McKINNEY, Chaplain,
East Arkansas Regional Maximum Unit, ADC            DEFENDANTS

## JUDGMENT

Derx's First Amendment and RLUIPA claims are dismissed with prejudice. All other claims are dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 December 2019